**Opinion filed January 6, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00242-CR
_____

## PAUL WAYNE PALMER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Taylor County, Texas**
**Trial Court Cause No. 2-285-20**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss his appeal. Appellant asserts in his motion that he wishes to withdraw his notice of appeal and dismiss this appeal. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.


January 6, 2022                                                           PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.